1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA GARAY,<br><br>Plaintiff,<br><br>v.<br><br><br>FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO : 5:21-cv-01200-SB-SHK<br><br>**ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Honorable Stanly Blumenfeld, Jr. |

The Court hereby grants the parties' joint stipulation to dismiss this action with prejudice.  Dkt. No. 18.  As the parties have settled Plaintiff's claims and all settlement checks and fees have been isused, the Court hereby dismisses ths entire action with prejudice.

IT IS SO ORDERED.

DATED: March 21, 2022



Hon. Stanley Blumenfeld, Jr.
United States District Judge